1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant RALPH PADIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12 00586 YGR |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING DATE |
| vs. | ) | |
| | ) | |
| RALPH PADIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter presently is set for motions or trial setting on October 25, 2012. The parties are continuing to investigate facts that may bear on a disposition of this case, and believe that an agreed disposition may be reached in the very near future. For these reasons IT IS STIPULATED AND AGREED that the motions or trial setting conference be continued to November 8, 2012, and that time under the Speedy Trial Act be excluded between October 25, 2012 and November 8, 2012, for effective preparation of defense counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

| | |
|---|---|
| Dated: October 23, 2012 | /s/ _____<br>RODNEY VILLAZOR<br>Assistant United States Attorney |
| Dated: October 23, 2012 | /s/ _____<br>JEROME E. MATTHEWS<br>Assistant Federal Public Defender |

Good cause appearing therefor, IT IS ORDERED that the motions or trial setting conference be continued to November 8, 2012, and that time under the Speedy Trial Act be excluded between October 25, 2012 and November 8, 2012, for effective preparation of defense counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: October 23, 2012

_____
YVONNE GONZALEZ ROGERS
United States District Judge