STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RALPH PADIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12 00586 YGR [KAW] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| RALPH PADIA, | ) | |
| Defendant. | ) | |

    Ralph Padia is out of custody and fully compliant with his release conditions. As Director of Food Services and Lodging at Friendship House, a residential treatment center for substance abusers, he is required to attend supervisor training which is scheduled to take place on November 1st and 2nd in Brooks, California. In light of this job-related requirement,

    IT IS STIPULATED AND AGREED that the conditions of Mr Padia's pretrial release are modified to permit him to travel to Brooks, California to attend a training conference sponsored by his employer on November 1 - 2, 2012. Mr Padia shall provide his itinerary to Pretrial Services, and abide by such conditions as Pretrial Services deems appropriate.

Date: October 25, 2012

/s/
_____
RODNEY VILLAZOR
Assistant United States Attorney

Date: October 25, 2012

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Date: October 25, 2012

/s/
_____
VICTORIA GIBSON
United States Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Mr Padia's pretrial release are modified to permit him to travel to Brooks, California to attend a training conference sponsored by his employer on November 1 - 2, 2012. Mr Padia shall provide his itinerary to Pretrial Services, and abide by such conditions as Pretrial Services deems appropriate.

Dated: October 29, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2