MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3689
Fax: (510) 637-3724
E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0586 YGR |
| ) Plaintiff, ) | |
| ) | AMENDED STIPULATION AND |
| v. ) | **ORDER** TO SET CHANGE OF PLEA OR |
| ) RALPH PADIA, ) | TRIAL SETTING HEARING ON JANUARY 10, 2013 |
| ) Defendant. ) | |
| ) | |

The above-captioned matter was previously set on December 6, 2012 before U.S. District Judge Yvonne Gonzalez Rogers for a change of plea or trial setting hearing. The parties request that this Court set this matter for a change of plea or trial setting hearing on January 10, 2013 at 2:00 p.m., and that the Court exclude time under the Speedy Trial Act between December 6, 2012 and January 10, 2013. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIPULATION AND EXCLUSION OF TIME
CR 12-00586 YGR

1

Such continuance is required because defense counsel needs time to research legal and factual issues.  In addition, counsel for the government is no longer available the week of December 3, 2012, and defense counsel is unavailable the weeks of December 10, 2012 and December 17, 2012.  This continuance will allow the reasonable time necessary for effective preparation and for continuity of counsel taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between December 6, 2012 and January 10, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: November 27, 2012         Respectfully submitted,

MELINDA HAAG
United States Attorney

　　/s/ *Rodney C. Villazor*　　
RODNEY C. VILLAZOR
Assistant United States Attorney

　　/s/ *Jerome Matthews*　　
JEROME MATTHEWS
Attorney for Ralph Padia

### ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until ~~December 27, 2012 at 2:00~~ January 10, 2013 at 2:00pm p.m. before the District Court, and time is excluded until January 10, 2013.

**IT IS SO ORDERED.**

DATED: **November 30, 2012**

　　　　　　　　　　　　　　　　　　　　
YVONNE GONZALEZ ROGERS
**United States District Judge**

STIPULATION AND EXCLUSION OF TIME
CR 12-00586 YGR

2