```
 1  STEVEN G. KALAR
    Federal Public Defender
 2  JEROME E. MATTHEWS
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant RALPH PADIA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12 00586 YGR [KAW] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| RALPH PADIA, | ) | |
| Defendant. | ) | |

     Ralph Padia is out of custody and fully compliant with his release conditions. As Director of Food Services and Lodging at Friendship House, a residential treatment center for substance abusers, Mr Padia will be required to attend a staff meeting and Christmas dinner for the facility's board of directors on December 13, 2012. The staff meeting and dinner begins at 6:00 p.m. and should end at 9:00 p.m.

     Mr Padia also would like to attend Christmas dinner at his brother's home, which is located at 273 Alta Vista Lane, Daly City, California, on December 25, 2012.

     Mr Padia's curfew requires that he be at home between the hours of 8:00 p.m. and 3:30 a.m. For each of the foregoing events, he asks that the beginning of his curfew be delayed two

hours, i.e. until 10:00 p.m.

IT IS THEREFORE STIPULATED AND AGREED that the conditions of Mr Padia's pretrial release are modified to permit him to attend the work-related staff meeting and dinner described above on December 13, 2012, and to attend Christmas dinner at his brother's home, which is located at 273 Alta Vista Lane, Daly City, California, on December 25, 2012, and that for each of the foregoing events the beginning of his curfew be delayed by two hours, i.e. until 10:00 p.m. Mr Padia shall continue to abide by existing conditions of his release, and by such conditions as Pretrial Services deems appropriate.

Date: December 5, 2012

/s/
_____
RODNEY VILLAZOR
Assistant United States Attorney

Date: December 5, 2012

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Date: December 5, 2012

/s/
_____
BETTY KIM
United States Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Mr Padia's pretrial release are modified to permit him to attend the work-related staff meeting and dinner described above on December 13, 2012, and to attend Christmas dinner at his brother's home, which is located at 273 Alta Vista Lane, Daly City, California, on December 25, 2012, and that for each of the foregoing events the beginning of his curfew be delayed by two hours, i.e. until 10:00 p.m. Mr Padia shall continue to abide by existing conditions of his release, and by such

conditions as Pretrial Services deems appropriate.

Dated: December 6, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge